241 So.2d 256

Kenneth RAU

v.

**SUN INSURANCE COMPANY OF NEW YORK.**

**No. 50971.**

Nov. 25, 1970.

Writ refused. On the facts found by the court of appeal, there is no error of law in its judgment on the merits or motion.